AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Maximum 10 years imprisonment; $250,000 fine;  Maximum 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───
▶ MARCO VAZQUEZ-MENDEZ,

DISTRICT COURT NUMBER

CR08-0215 SBA

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO AND FIREARM

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C MANN, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal   ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes   ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

# CR08-0215

MARCO VAZQUEZ-MENDEZ,
a/k/a Marco Vasquez-Mendez,
a/k/a Marco Antonio Vasquez,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

A true bill.

_____ Foreman

Filed in open court this ___2___ day of

_APRIL    2008_____.

_____ Clerk

Bail, $ _No bail arrest warrant._

4-2-08

1     JOSEPH P. RUSSONIELLO (CABN 44332)
2     United States Attorney

FILED

2008 APR -2 PM 3: 21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

| | |
|---|---|
| 12   UNITED STATES OF AMERICA,     ) | No. **CR08-0215** |
| 13         Plaintiff,                ) | |
| 14     v.                          ) | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition |
| 15   MARCO VAZQUEZ-MENDEZ,     ) | |
| 16      a/k/a Marco Vasquez-Mendez,   ) <br>      a/k/a Marco Antonio Vasquez,   ) | OAKLAND VENUE |
| 17         Defendant.             ) | |

18

19                     I N D I C T M E N T

20     The Grand Jury charges:

21     COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

22        On or about March 23, 2008, in the Northern District of California, the defendant,

23                  MARCO VAZQUEZ-MENDEZ,
                     a/k/a Marco Vasquez-Mendez,
24                     a/k/a Marco Antonio Vasquez,

25     having previously been convicted of a felony crime punishable by a term of imprisonment

26     exceeding one year, did knowingly possess a firearm and ammunition, described as: (1) an Eagle

27     Arms, Model EA-15, 5.56 mm semiautomatic rifle bearing serial number 13000; and (2) 40

28     rounds of .223 caliber Remington ammunition, in and affecting commerce, in violation of Title

INDICTMENT

1  || 18, United States Code, Section 922(g)(1).

2  || //

3  || DATED:       April 2, 2008                        A TRUE BILL.

4

5                                                        FOREPERSON

6  || JOSEPH P. RUSSONIELLO
   || United States Attorney

7

8

9  || W. DOUGLAS SPRAGUE
   || Chief, Oakland Branch

10

11 || (Approved as to form: _____ )
   ||                    for AUSA MANN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT