JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

1301 Clay Street; Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3771

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0215 SBA |
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| MARCO VAZQUEZ-MENDEZ, | ) | |
| aka Marco Vasquez-Mendez, | ) | |
| aka Marco Antonio Vasquez, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the Indictment returned

against this defendant and requests that the arrest warrant be recalled.

DATED:        April 3, 2008                Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          _____/s/_____
                                          W. DOUGLAS SPRAGUE
                                          Assistant United States Attorney

**LEAVE GRANTED and ARREST WARRANT RECALLED**:

DATED:        April ____, 2008

                                          _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Court Judge

NOTICE OF DISMISSAL AND RECALL OF WARRANT;
CR 08-0215 SBA