1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     DOUGLAS SPRAGUE (CSBN 202121)
3    Assistant United States Attorney

4      1301 Clay Street; Suite 340-S
       Oakland, California 94612
5      Telephone: (510) 637-3771

6    Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                         OAKLAND DIVISION
10

11   UNITED STATES OF AMERICA,        )    No. CR 08-0215 SBA
                                       )
12          Plaintiff,                 )
                                       )    NOTICE OF DISMISSAL
13      v.                             )
                                       )
14   MARCO VAZQUEZ-MENDEZ,             )
         aka Marco Vasquez-Mendez,     )
15       aka Marco Antonio Vasquez,    )
                                       )
16          Defendant.                 )

17   _____

18          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

19   United States Attorney for the Northern District of California dismisses the Indictment returned

20   against this defendant and requests that the arrest warrant be recalled.

21   DATED:        April 3, 2008           Respectfully submitted,

22                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
23
                                                    /s/
24                                          _____
                                            W. DOUGLAS SPRAGUE
25                                          Assistant United States Attorney

26   **LEAVE GRANTED and ARREST WARRANT RECALLED**:

     DATED:        April _8_, 2008
27                                          _____
                                            SAUNDRA BROWN ARMSTRONG
28                                          United States District Court Judge

     NOTICE OF DISMISSAL AND RECALL OF WARRANT;
     CR 08-0215 SBA